UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

---

RASHEED RAINES, individually, and on behalf of all others similarly situated, *et al.*,

        Plaintiffs,

v.

ZERODRAFT MARYLAND, LLC,

        Defendant.

**Civil Action No. 7:23-cv-477**

**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)**

---

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiff, Rasheed Raines ("Plaintiff"), and Defendant, Zerodraft Maryland, LLC ("Zerodraft" or "Defendant") (collectively the "Parties"), by their respective counsel, respectfully move this Court to approve their settlement in this matter for the reasons more fully set forth in the accompanying memorandum of law.

### CONCLUSION

Wherefore the parties request that the Court approve the settlement and enter the Proposed Order provided as an attachment to this Motion.

Respectfully submitted,

 */s/ Todd A. Leeson*
Todd A. Leeson (VSB No. 30293)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013

Roanoke, Virginia 24022-0013
(540) 983-9300
FAX: (540) 983-9400
leeson@gentrylocke.com

*Counsel for Defendant*

 /s/ Brittany M. Haddox
Brittany M. Haddox (VSB No. 86416)
Thomas E. Strelka (VSB No. 75488)
STRELKA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
Tel: (540) 283-0802
brittany@strelkalaw.com
thomas@strelkalaw.com

Zev H. Antell (VSB No. 74634)
Craig J. Curwood (VSB No. 43975)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: (804) 648-4848
zev@butlercurwood.com
craig@butlercurwood.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, a copy of the foregoing was electronically filed using the CM/ECF system, which provided electronic service to all counsel of record.

By /s/ Brittany M. Haddox