UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

---

RASHEED RAINES, individually, and on behalf of all others similarly situated, *et al.*,

                Plaintiff,

v.

ZERODRAFT MARYLAND, LLC,

                Defendant.

**Civil Action No. 7:23-cv-477**

COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)

---

**CONSENT ORDER**

Plaintiff, Rasheed Raines ("Plaintiff"), and Defendant, Zerodraft Maryland, LLC ("Zerodraft" or "Defendant") (collectively the "Parties"), by their respective counsel, hereby consent to the entry of this order. Having reviewed the Joint Motion in Support of Settlement Approval (the "Motion"), and the Settlement Agreement and Release (the "Agreement"), and for the reasons stated in the Parties' submissions, the Court GRANTS the Motion and approves the Parties' settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") claims as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is hereby ORDERED that the Agreement reached by the Parties is approved and shall take effect. It is further ORDERED that this action is dismissed with prejudice. The clerk is directed to close this case. This Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

24143/1/11528521v2

SO ORDERED this 15th day of December, 2023.

Michael F. Urbanski
Chief U.S. District Judge
2023.12.15 14:39:17
-05'00'

_____
Chief United States District Judge

We Ask for this:

By:/s/     Zev H. Antell
Zev H. Antell (VSB No. 74634)
Craig J. Curwood (VSB No. 43975)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: (804) 648-4848
zev@butlercurwood.com
craig@butlercurwood.com

Brittany M. Haddox (VSB No. 86416)
Thomas E. Strelka (VSB No. 75488)
STRELKA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
Tel: (540) 283-0802
brittany@strelkalaw.com
thomas@strelkalaw.com

*Counsel for Plaintiff*

By: /s/ Todd A. Leeson
Todd A. Leeson (VSB No. 30293)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX: (540) 983-9400
leeson@gentrylocke.com

*Counsel for Defendant*